IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| GUY SHAWN ADAMS and KIMBERLY D. ADAMS, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 180212G |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

Plaintiffs appealed Defendant's adjustments to their 2015 personal income tax return. After examining documents received from Plaintiffs, Defendant filed a Status Report recommending Plaintiffs be allowed $716 in car and truck expenses. By letter filed August 24, 2018, Plaintiffs accepted Defendant's recommendations. Now, therefore,

IT IS THE DECISION OF THIS COURT that, for tax year 2015, Plaintiffs are allowed $716 in car and truck expenses.

Dated this ____ day of September, 2018.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

---

[1] This Final Decision incorporates without change the court's Decision, entered August 27, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

*This document was signed by Magistrate Poul F. Lundgren and entered on September 12, 2018.*